■ In the Matter of JERRELL MILLER, Petitioner, v CHARLES H. SOLOMON, Respondent. [817 NYS2d 196]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed as moot, without costs or

disbursements. All concur. No opinion. Order filed. Concur—
Tom, J.P., Mazzarelli, Marlow, Nardelli and Sweeny, JJ.